B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

In re    RONALD LEONARD HELBIG, III    ,    Case No.    10-30194

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC | National Capital Management, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC
POB 41067
NORFOLK, VA 23541

Court Claim # (if known):   1
Amount of Claim:   18149.38
Date Claim Filed:   02/01/2010

Phone:   877-829-8298
Last Four Digits of Acct #:   1000

Phone:   
Last Four Digits of Acct. #:   1000

Sellers Address
GE MONEY
4125 WINDWARD PLAZA DR
ALPHARETTA, GA 30005

Name and Address where transferee payments should be sent (if different from above):
Portfolio Recovery Associates, LLC
POB 12914
NORFOLK, VA 23541

Phone:   877-829-8298
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Dolores Garcia    Date:   4/23/2013
Transferee/Transferee's Agent
Bankruptcy_Info_@portfoliorecovery.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## BILL OF SALE AND ASSIGNMENT INSTRUMENT
(Portfolio Assets)

THIS BILL OF SALE AND ASSIGNMENT INSTRUMENT is entered into as of the 21st day of December, 2012, by NATIONAL CAPITAL MANAGEMENT, LLC, a Tennessee limited liability company ("NCM"), in favor of PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company ("PRA LLC").

WITNESSETH:

WHEREAS, pursuant to that certain Asset Purchase Agreement dated as of November 21, 2012 (the "Asset Purchase Agreement"), NCM has agreed to sell, assign, transfer, convey and deliver to PRA LLC all right, title and interest in and to the Portfolio Assets, in accordance with and on and subject to the terms and conditions, representations and warranties set forth in the Asset Purchase Agreement; and

WHEREAS, capitalized terms not otherwise defined herein shall have the respective meanings given such terms in the Asset Purchase Agreement.

NOW, THEREFORE, in consideration of the premises, the mutual covenants and agreements contained in the Asset Purchase Agreement, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, NCM does hereby sell, assign, transfer, convey and deliver to PRA LLC, its successors and assigns, all right, title and interest in and to the Portfolio Assets, free and clear of all Liens.

TO HAVE AND TO HOLD the Portfolio Assets and all right, title and interest therein, unto PRA LLC, its successors and assigns, for their exclusive use and benefit forever.

This Bill of Sale and Assignment Instrument is made strictly upon the terms and conditions set forth in the Asset Purchase Agreement and without any additional warranties or undertakings (express or implied) other than as set forth herein or therein.

*[Remainder of page intentionally left blank - - signature page(s) follow]*

IN WITNESS WHEREOF, NCM has caused this Bill of Sale and Assignment Instrument to be duly executed and delivered as of the day and year first above written.

**NCM:**

NATIONAL CAPITAL MANAGEMENT, LLC, a Tennessee limited liability company

By: _____(SEAL)
Freeman A. Marr,
Chief Executive Officer

2